| | | |
|---|---|---|
| 1 | | |
| 2 | IN THE UNITED STATES DISTRICT COURT | |
| 3 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

STEPHEN BERENTE,

       Plaintiff,                  1: 08 CV 00951 YNP GSA (PC)

  vs.                            ORDER DISMISSING ACTION FOR
                                    FAILURE TO PROSECUTE

ARNOLD SCHWARZENEGGER,

       Defendant.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil action pursuant to 18 U.S.C. § 3626. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C § 636(c)(1).

      Plaintiff filed this action seeking the appointment of a three judge court pursuant to 18 U.S.C. § 3626. In an order entered on February 5, 2010, Plaintiff was advised that section 3626 governs remedies available in a civil action. It does not provide an independent basis for initiation of suit. Plaintiff's motion for a three-judge court was therefore denied.

      In the February 5, 2010, order, Plaintiff was granted leave to file a civil rights complaint pursuant to 42 U.S.C. § 1983, should he desire to challenge the conditions of his confinement. Plaintiff was specifically cautioned that his failure to file a complaint pursuant to 42 U.S.C § 1983 within thirty days would result in dismissal of this action for failure to prosecute. The thirty

1

day period has expired, and Plaintiff has failed to file a complaint, or otherwise respond to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for failure to prosecute. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **March 15, 2010**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE